IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KWAN DESHAUN ENGRAM,
PLAINTIFF
ADC #116023

VS.    CASE NO. 5:08CV00093 SWW

LARRY NORRIS, et al.    DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 23rd day of May, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE